# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:18CR217 |
| vs. | ) | |
| | ) | ORDER |
| BENJAMIN G. MWAURA, | ) | |
| Defendant. | ) | |

This matter came before the court on November 25, 2019 [36], regarding the government's unopposed Motion to Continue Trial [34]. The parties anticipate the case will result in a guilty plea, but additional time is needed for plea negotiations and scheduling of a timely plea hearing, or to otherwise be prepared for trial. Counsel for the defendant stated the defendant has no objection to the continuance and joins in the motion after having been advised of and waiving speedy trial. Good cause having been shown as stated in the motion and on the record, the motion shall be granted, and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, now set for December 3, 2019 is continued to **March 23, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 23, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **November 29, 2019.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED November 25, 2019.**

BY THE COURT:
s/ Michael D. Nelson
**United States Magistrate Judge**