IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR217 |
| v. | ORDER |
| BENJAMIN G. MWAURA, | |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 44) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Benjamin G. Mwaura. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 44) is granted.
2. The Indictment (Filing No. 1) against Benjamin G. Mwaura is dismissed without prejudice.

Dated this 11th day of March 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge